Case 4:23-cv-04010  Document 37  Filed on 09/04/25 in TXSD  Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| ITG Cigars, Inc., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-23-4010 |
| Slapwoods, LLC and Nader Rabie, | § § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

On September 3, 2025, Plaintiff, ITG Cigars, Inc., and Defendants, Slapwoods, LLC and Nader Rabie, filed a joint Stipulation of Dismissal (docket no. 36) stipulating to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, this Court accepts the Stipulation and this action is hereby **DISMISSED WITH PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 4th day of September, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE